# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00059-CR

**Mateo Guido, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. 000249, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a conviction for aggravated robbery. Sentence was imposed on November 29, 2000. There was no motion for new trial. The deadline for perfecting appeal was therefore December 31. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on January 8, 2001. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.


Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:   February 15, 2001

Do Not Publish